**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAVOKHIR SHODIEV | ) | |
| Plaintiff, | ) | Civil Action No. 3:26-cv-315 |
| | ) | |
| v. | ) | Judge J. Nicholas Ranjan |
| | ) | |
| THE GEO GROUP, INC., *Operator of the* | ) | |
| *Moshannon Valley Processing Center, et al.,* | ) | |
| Defendants. | ) | |

**ORDER GRANTING ADMISSION PRO HAC VICE**

AND NOW, this 16th day of April, 2026, upon consideration of the Motion for Admission Pro Hac Vice filed by Benjamin J. Lewis, Esquire, it is hereby ORDERED that the motion is GRANTED. Farrukh Nuridinov, Esqure, is permitted to appear and practice pro hac vice in the above-captioned matter.

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge